Malcolm Muhammad #1028595
Sussex I. State Prison
24414 Mussel White Dr
Waverly, Virginia 23891

Office of the clerk
western District of Virginia
210 Franklin Road S.W. Suite 540
Roanoke, Virginia 24011

October 9th 2017

Dear Clerk of Court!

Enclose please find plaintiff's Complaint 42 U.S.C. § 1983, to be filed in this court. Plaintiff filing fee of $ 400.00 was mail to this court a head of time. Would you please let the plaintiff know that you received this complaint and filing fee.

Thank you

Malcolm Muhammad #1028595