**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **MALCOLM MUHAMMAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:17cv00481** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **L.J. FLEMING, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Malcolm Muhammad, and defendants L.J. Fleming, Quinn C. Reynolds, and Marcus Elam, by counsel, stipulate to the dismissal of all claims in this action with prejudice. This matter being concluded, it can be removed from the active docket of the court.

By: /s/Kristin B. Johnson
Kristin B. Johnson (VSB No. 71115)
Christine S. Ward (VSB No. 97744)
Woods Rogers Vandeventer Black, PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
Kristin.johnson@woodsrogers.com
Christine.ward@woodsrogers.com
*Counsel for Plaintiff*

By: /s/Richard C. Vorhis
Richard C. Vorhis (VSB No. 23170)
Senior Assistant Attorney General
Office of the Attorney General
Criminal Law Division
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-4805
Facsimile: (804) 786-4239
rvorhis@oag.state.va.us
*Counsel for Defendants*